DAVID B. SIMPSON (STATE BAR NO. 106326)
dave@wolfsim.com
ADAM N. BOUAYAD (STATE BAR NO. 248087)
adam@wolfsim.com
WOLFLICK AND SIMPSON
130 North Brand Boulevard, Suite 410
Glendale, California 91203
Telephone:  818-243-8300
Facsimile:   818-243-0122

Attorneys for Defendant
YP ADVERTISING & PUBLISHING LLC,
formerly known as YP WESTERN DIRECTORY
LLC

EDWIN PAIRAVI (STATE BAR NO. 257290)
edwin@pairavilaw.com
PAIRAVI LAW, P.C.
1875 Century Park East, Suite 1025
Los Angeles, California 90067
Telephone:  310-789-2063
Facsimile:   310-789-2064

Attorneys for Plaintiffs
June Riddick, Patricia Hardy, Natalie Maderos,
Valerie Lynn and Lisa Vales

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNE RIDDICK; PATRICIA HARDY; NATALIE MADEROS; VALERIE LYNN; and LISA VALES,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T; YP WESTERN DIRECTORY LLC,<br><br>Defendant. | Case No. 2:12-CV-02033-KJM-AC<br><br>**STIPULATED REQUEST FOR ORDER MODIFYING COURT'S SCHEDULING ORDER; ORDER THEREON** |

Plaintiffs June Riddick, Patricia Hardy, Natalie Maderos, Valerie Lynn and Lisa Vales ("Plaintiffs") and Defendant YP ADVERTISING & PUBLISHING LLC, formerly known as YP WESTERN DIRECTORY LLC, ("YP") (collectively referred to as the "Parties") by and through their undersigned counsel of record,

here by stipulate, and by this Stipulation request the Court's approval, to the following:

1. Due to the late substitutions of attorneys on both sides of this case (with new counsel for all Plaintiffs as of November 2014, and new counsel for Defendant YP as of February 2015), and the current pace of discovery, the Parties now seek a further good faith and reasonable modification of the Court's current Scheduling Order.

2. As the Court may recall, the 5 Plaintiffs allege age and gender discrimination in connection with a company-wide job consolidation/relocation and each Plaintiff's unsuccessful efforts thereafter to be re-hired or retained in alternative jobs to which they applied.

3. The Parties have diligently litigated this action. For example:

   a. Following the initial Status Conference, Defendant AT&T (a party which has recently been dismissed from this matter, with prejudice) propounded extensive written discovery on Plaintiffs, with Plaintiffs identifying for the first time some 70 alternative positions (between them) to which allegedly they unsuccessfully applied for or were rejected for, in favor of younger or male candidates. This was the first time Defendants AT&T, Inc. and YP became aware of the volume of allegedly discriminatory acts alleged against each of them.

   b. Follow-up discovery resulted in Plaintiffs serving a combined total of over 250 pages of explanatory Interrogatory responses.

   c. In early 2014, the Parties engaged in an early but unsuccessful mediation through the Court's Voluntary Dispute Resolution Program (with mediator, John Lavra).

   d. On October 23, 2015, former Defendant AT&T, Inc. filed a Motion for Summary Judgment seeking dismissal from the case.

In response, Plaintiffs voluntarily agreed to dismiss AT&T, Inc. from the case, with prejudice. A stipulation to do so was filed with the Court, which lead to the dismissal of AT&T, Inc., with prejudice, on November 3, 2015.

e. The Parties have commenced depositions. Plaintiffs' depositions were concluded on January 13, 2016. Defendant anticipates serving additional written discovery as a result of facts/issues raised during Plaintiffs' deposition.

f. In July 2015, each Plaintiff served extensive written discovery on Defendants YP and AT&T, Inc., which was responded to. Based on those responses, Plaintiffs have recently proposed taking six (6) individual depositions and one (1) corporate representative deposition. The parties are in the process of narrowing down dates for the individuals and matters on which examination is requested for the corporate representative.

g. The parties continue to speak directly about the case; about appropriate processes for moving the case forward; about possibilities for future resolution of some or all issues; and about litigation efficiency.

h. Due to the illness of Plaintiffs' counsel and staff turnover, additional time is needed to complete all discovery, including depositions.

4. Finally, in light of the above, and the Parties' discussions with Court at the Status Conference held on May 9, 2016, the Parties request the Court modify its Scheduling Order as follows:

///

///

     a.    The current Scheduling Order is set forth below:

| | |
|---|---|
| Disclosure of Expert Witnesses | April 29, 2016 |
| Close of All Discovery | May 30, 2016 |
| Last Date for Hearing Dispositive Motions | July 15, 2016 |
| Deadline to File Joint Pretrial Statement | August 5, 2016 |
| Final Pretrial Conference | August 26, 2016 |
| Jury Trial | October 17, 2016 |

     b.    Given the volume of Plaintiffs' allegations and issues and the written discovery and depositions still to be completed and the Parties discussions with the Court at the May 9, 2016 Status Conference, the Parties propose the following modified Scheduling Order and respectfully request this Court's approval of the same:

| | |
|---|---|
| Disclosure of Expert Witnesses | April 29, 2016 [UNCHANGED] |
| Close of All Discovery | July 29, 2016 |
| Last Date for Hearing Dispositive Motions | September 23, 2016 |
| Deadline to File Joint Pretrial Statement | September 27, 2016 |
| Final Pretrial Conference | October 7, 2016 |
| Jury Trial | October 17, 2016 [UNCHANGED] |

///
///
///

**This is so stipulated.**

Dated:     May 11, 2016.                                   WOLFLICK & SIMPSON

                                                           By:   /s/ Adam N. Bouayad
                                                                 DAVID B. SIMPSON
                                                                 ADAM N. BOUAYAD
                                                              Attorneys for Defendant
                                                           YP ADVERTISING & PUBLISHING
                                                           LLC, formerly known as YP WESTERN
                                                                   DIRECTORY LLC

Dated:     May11, 2016.                                    PAIRAVI LAW, P.C.

                                                           By:  /s/ Edwin Pairavi
                                                                 EDWIN PAIRAVI
                                                              Attorneys for Plaintiffs
                                                           June Riddick, Patricia Hardy, Natalie
                                                           Maderos, Valerie Lynn and Lisa
                                                                       Vales

- 5 -

STIPULATED REQUEST FOR ORDER MODIFYING
COURT'S SCHEDULING ORDER;
ORDER THEREON
2:12-CV-02033-KJM-AC

# ORDER

IT IS HEREBY ORDERED, as provided by the stipulation between Plaintiffs June Riddick, Patricia Hardy, Natalie Maderos, Valerie Lynn and Lisa Vales; and Defendant YP ADVERTISING & PUBLISHING LLC (formerly known as YP WESTERN DIRECTORY LLC), that the court modifies its current Scheduling Order as follows:

| | |
|---|---|
| Disclosure of Expert Witnesses | April 29, 2016 |
| Close of All Discovery | July 29, 2016 |
| Settlement Conference | August 15, 2016 |
| Last Date for Hearing Dispositive Motions | September 23, 2016 |
| Deadline to File Joint Pretrial Statement | September 27, 2016 |
| Final Pretrial Conference | October 7, 2016 |
| Jury Trial | October 17, 2016 |

A settlement conference is scheduled before Judge Newman for August 15, 2016 at 9:00 a.m. in Courtroom No. 25, 8th Floor.

The parties are directed to exchange non-confidential settlement conference statements seven (7) days prior to this settlement conference. These statements shall simultaneously be delivered to the Court using the following email address: kjnorders@caed.uscourts.gov. If a party desires to share additional confidential information with the Court, they may do so pursuant to the provisions of Local Rule 270(d) and (e). Waivers will be required if not previously filed.

**IT IS SO ORDERED.**

DATED: May 26, 2016.

_____
UNITED STATES DISTRICT JUDGE