EDWIN PAIRAVI (STATE BAR NO. 257290)
edwin@pairavilaw.com
PAIRAVI LAW, P.C.
1875 Century Park East, Suite 1025
Los Angeles, California 90067
Telephone: 310-789-2063
Facsimile: 310-789-2064

Attorneys for Plaintiffs
June Riddick, Patricia Hardy, Natalie Maderos,
Valerie Lynn and Lisa Vales


DAVID B. SIMPSON (STATE BAR NO. 106326)
dave@wolfsim.com
ADAM N. BOUAYAD (STATE BAR NO. 248087)
adam@wolfsim.com
WOLFLICK AND SIMPSON
130 North Brand Boulevard, Suite 410
Glendale, California 91203
Telephone: 818-243-8300
Facsimile: 818-243-0122

Attorneys for Defendant
YP ADVERTISING & PUBLISHING LLC,
formerly known as YP WESTERN DIRECTORY
LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNE RIDDICK; PATRICIA HARDY; NATALIE MADEROS; VALERIE LYNN; and LISA VALES,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T; YP WESTERN DIRECTORY LLC,<br><br>Defendant. | Case No. 2:12-CV-02033-KJM-AC<br><br>**STIPULATED REQUEST FOR ORDER MODIFIYING COURT'S SCHEDULING ORDER; ORDER THEREON** |

Plaintiffs June Riddick, Patricia Hardy, Natalie Maderos, Valerie Lynn and

Lisa Vales ("Plaintiffs") and Defendant YP ADVERTISING & PUBLISHING

LLC, formerly known as YP WESTERN DIRECTORY LLC, ("YP") (collectively

referred to as the "Parties") by and through their undersigned counsel of record, here by stipulate, and by this Stipulation request the Court's approval, to the following:

WHEREAS, Defendant does not object to an additional modification of the Court's scheduling order because it intends to file a motion for summary judgment and seeks to preclude any argument by Plaintiffs that they were denied their fair right to conduct discovery.

1. The Parties have diligently litigated this action.  For example:

   a. The parties continue to speak directly about the case; about appropriate processes for moving the case forward; about possibilities for future resolution of some or all issues; and about litigation efficiency.

   b. Plaintiffs have deposed multiple individuals to date; however, Plaintiffs expect to take the deposition of five to six additional witnesses, some of whom reside outside of the State.

   c. However, on two (2) occasions Defendant postponed important depositions, including the Person Most Qualified for the Defendant.  That deposition is now scheduled for July 22, 2016, and July 29, 2016.

///

      d.      Furthermore, there is substantial documentation which has not been produced by Defendant. The parties have continued the meet and confer process, and Defendant has agreed to supplement a substantial portion of the Request for Production of Documents. These documents are critical in preparing Plaintiffs' case for trial.

      e.      Defendant has just modified its initial disclosure to include a new witness, who lives out of State. Although, Plaintiffs had requested to depose this individual, Defendant failed to provide the last known address and phone number for this individual, making it impossible for Plaintiffs to depose the witness. Now that Defendant has provided the witnesses contact information in its modified additional disclosure, Plaintiffs will have an opportunity to depose the new witness who lives out of state.

      f.      Plaintiff had also requested the deposition of multiple other individuals. Defendant has failed to provide last known address and phone number and have stated that they are no longer employed by Defendant.

2.      In order to fully and properly prepare this matter for trial and in order to properly oppose Defendant's summary judgment motion, Plaintiffs require additional time to conduct depositions and fully prepare their

case. Additionally, while Defendant does not oppose and stipulates to an order modifying the Court's Scheduling Order, it does so because it intends to file a motion for summary judgment and seeks to preclude any argument by Plaintiffs that they were denied their fair right to discover; and in order to secure additional time to file its motion for summary judgment in the event the discovery cut-off date is extended.

3.  The current Scheduling Order is set forth below:

| | |
|---|---|
| Disclosure of Expert Witnesses | April 29, 2016 |
| Close of All Discovery | July 29, 2016 |
| Settlement Conference | August 15, 2016 |
| Last Date for Hearing Dispositive Motions | September 23, 2016 |
| Deadline to File Joint Pretrial Statement | September 27, 2016 |
| Final Pretrial Conference | October 7, 2016 |
| Jury Trial | October 17, 2016 |

Given the volume of Plaintiffs' allegations and issues and the written discovery and depositions still to be completed, multiple depositions to still be completed, Plaintiffs propose the following final modified Scheduling Order and respectfully request this Court's approval of the same:

| | |
|---|---|
| Disclosure of Expert Witnesses | April 29, 2016 |
| | [UNCHANGED] |
| Settlement Conference | October 17, 2016 |

| | |
|---|---|
| Close of All Discovery | November 28, 2016 |
| Last Date for Hearing Dispositive Motions | January 27, 2017 |
| Deadline to File Joint Pretrial Statement | January 31, 2017 |
| Final Pretrial Conference | February 10, 2017 |
| Jury Trial | February 20, 2017 |

**This is so stipulated.**

Dated:    July 20, 2016    WOLFLICK & SIMPSON

By:  /s/ Adam N. Bouayad
DAVID B. SIMPSON
ADAM N. BOUAYAD
Attorneys for Defendant
YP ADVERTISING & PUBLISHING LLC, formerly known as YP WESTERN DIRECTORY LLC

Dated:    July 20, 2016    PAIRAVI LAW, P.C.

By:  /s/ Edwin Pairavi
EDWIN PAIRAVI
Attorneys for Plaintiffs
June Riddick, Patricia Hardy, Natalie Maderos, Valerie Lynn and Lisa Vales

# ORDER

IT IS HEREBY ORDERED

Pursuant to stipulation between to the stipulation between Plaintiffs June Riddick, Patricia Hardy, Natalie Maderos, Valerie Lynn and Lisa Vales; and Defendant YP ADVERTISING & PUBLISHING LLC (formerly known as YP WESTERN DIRECTORY LLC), the Court modifies its current Scheduling Order as follows:

| | |
|---|---|
| Disclosure of Expert Witnesses | April 29, 2016 [UNCHANGED] |
| Settlement Conference | December 5, 2016 at 9 a.m. in Magistrate Judge Kendall J. Newman's Chambers[1] |
| Close of All Discovery | November 28, 2016 |
| Last Date for Hearing Dispositive Motions | January 27, 2017 |
| Deadline to File Joint Pretrial Statement | May 12, 2017 |
| Final Pretrial Conference | June 2, 2017 |

---

[1] The parties are directed to exchange non-confidential settlement conference statements seven (7) days prior to this settlement conference. These statements shall simultaneously be delivered to the Court using the following email address: kjnorders@caed.uscourts.gov. If a party desires to share additional confidential information with the Court, they may do so pursuant to the provisions of Local Rule 270(d) and (e).

| | | |
|---|---|---|
| 1 | Trial Briefs are due by | June 26, 2017 |
| 2 | | |
| 3 | Jury Trial | July 10, 2017 |

4     **IT IS SO ORDERED.**

Dated: August 2, 2016

_____
UNITED STATES DISTRICT JUDGE