DAVID B. SIMPSON (SBN 106326)
dave@wolfsim.com
ADAM N. BOUAYAD (SBN 248087)
adam@wolfsim.com
WOLFLICK AND SIMPSON
130 North Brand Boulevard, Suite 410
Glendale, California 91203
Telephone: 818-243-8300
Facsimile: 818-243-0122

Attorneys for Defendant
YP ADVERTISING & PUBLISHING LLC


EDWIN PAIRAVI (STATE BAR NO. 257290)
edwin@pairavilaw.com
PAIRAVI LAW, P.C.
1875 Century Park East, Suite 1025
Los Angeles, California 90067
Telephone: 310-789-2063
Facsimile: 310-789-2064

Attorneys for Plaintiffs
June Riddick, Patricia Hardy, Natalie Maderos, and
Valerie Lynn

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNE RIDDICK; PATRICIA HARDY; NATALIE MADEROS; VALERIE LYNN; and LISA VALES,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T; YP WESTERN DIRECTORY LLC,<br><br>Defendant. | Case No. 2:12-CV-02033-KJM-AC<br><br>**STIPULATED REQUEST FOR ORDER MODIFIYING COURT'S SCHEDULING ORDER; ORDER** |

Plaintiffs June Riddick, Patricia Hardy, Natalie Maderos, and Valerie Lynn ("Plaintiffs") and Defendant YP ADVERTISING & PUBLISHING LLC ("YP") by and through their undersigned counsel of record, here by stipulate, and by this Stipulation request the Court's approval, to the following:

1. All parties are very pleased the Court is taking the time to give serious deliberation and consideration to the important issues in the pending Summary Judgment and Sanctions Motions, and all parties encourage the Court to continue to take whatever time it desires in order to do so.

2. What the parties hereby request is that the existing pretrial/trial calendar be modified to account for this passage of time so that, depending on the Court's ultimate rulings, no party is subsequently prejudiced by undue time pressures. Since it has been nearly two months since the last hearing in this matter, the parties suggest that all dates be correspondingly continued two months, resulting in the following:

<u>The Current Pretrial/Trial Schedule of remaining dates is</u>:

| | |
|---|---|
| Deadline to File Joint Pretrial Statement | May 12, 2017 |
| Final Pretrial Conference | June 2, 2017 |
| Jury Trial | July 10, 2017 |

<u>Proposed Schedule of remaining Pretrial/Trial Dates</u>:

| | |
|---|---|
| Deadline to File Joint Pretrial Statement | July 14, 2017 |
| Final Pretrial Conference | August 4, 2017* |
| Jury Trial | September 11, 2017* |

*(or as soon thereafter as the Court is available)

3. The parties do not request these continuances for purposes of delay, but do so in the interests of justice, to allow the Court to continue to give the parties' pending motions full and deliberate consideration, without risking undue prejudice to any party.

STIPULATION AND ORDER RE MODIFICATION OF SCHEDULING ORDER
2:12-CV-02033-KJM-AC

**This is so stipulated.**

Dated: April 18, 2017     WOLFLICK & SIMPSON

By: /s/ Adam N. Bouayad
    DAVID B. SIMPSON
    ADAM N. BOUAYAD
    Attorneys for Defendant
    YP ADVERTISING & PUBLISHING
    LLC, formerly known as YP WESTERN
    DIRECTORY LLC

Dated: April 18, 2017     PAIRAVI LAW, P.C.

By: /s/ Edwin Pairavi
    EDWIN PAIRAVI
    Attorneys for Plaintiffs
    June Riddick, Patricia Hardy, Natalie
    Maderos, and Valerie Lynn

# ORDER

IT IS HEREBY ORDERED

Pursuant to stipulated request of Plaintiffs June Riddick, Patricia Hardy, Natalie Maderos, and Valerie Lynn, and of Defendant YP Advertising & Publishing LLC, the Court modifies its current Scheduling Order as follows:

| | |
|---|---|
| Deadline to File Joint Pretrial Statement | July 21, 2017 |
| Final Pretrial Conference | August 11, 2017 at 10:00 a.m. |
| Trial Briefs | August 28, 2017 |
| Jury Trial | September 11, 2017 at 9:00 a.m. |

**IT IS SO ORDERED.**

Dated: May 2, 2017

_____
UNITED STATES DISTRICT JUDGE