DAVID B. SIMPSON (STATE BAR NO. 106326)
dave@wolfsim.com
ADAM N. BOUAYAD (STATE BAR NO. 248087)
adam@wolfsim.com
WOLFLICK AND SIMPSON
130 North Brand Boulevard, Suite 410
Glendale, California 91203
Telephone: 818-243-8300
Facsimile: 818-243-0122

Attorneys for Defendant
YP ADVERTISING & PUBLISHING LLC, sued
and formerly known as YP WESTERN
DIRECTORY LLC

EDWIN PAIRAVI (STATE BAR NO. 257290)
edwin@pairavilaw.com
PAIRAVI LAW, P.C.
1875 Century Park East, Suite 1025
Los Angeles, California 90067
Telephone: 310-789-2063
Facsimile: 310-789-2064

Attorneys for Plaintiffs
June Riddick, Patricia Hardy,
Natalie Maderos, and Valerie Lynn

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNE RIDDICK; PATRICIA HARDY; NATALIE MADEROS; VALERIE LYNN; and LISA VALES,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T; YP WESTERN DIRECTORY LLC,<br><br>Defendant. | Case No. 2:12-CV-02033-KJM-AC<br><br>**CORRECTED STIPULATION FOR ORDER MODIFIYING PRETRIAL SCHEDULE, ONLY AS TO DISCLOSURE OF EXPERTS; PROPOSED ORDER THEREON** |

Plaintiffs June Riddick, Patricia Hardy, Natalie Maderos and Valerie Lynn ("Plaintiffs"), and Defendant YP Western Directory LLC ("YP"), by and through their undersigned counsel of record, here by stipulate, and by this Stipulation request the Court's approval, to the following:

1. During the litigation, the parties did timely notify each other of initial expert disclosures. However, because of the inevitability of the Summary Judgment Motion filed by Defendant, and to economize for their clients, the parties deferred designating supplemental experts and conducting expert depositions until both sides knew what the trial issues would be.

2. The Court having now ruled on that Summary Judgment Motion, Counsel have consulted cooperatively and in good faith, and hereby request by this Stipulation a modification of the Scheduling Order for the disclosure of expert witnesses and the taking of expert depositions. Counsel note for the Court that *nothing* in this Stipulation would require any change or modification to the current Trial or Pretrial Conference date, or the corresponding due dates for any related pretrial or trial filings. The parties have agreed on the following schedule as best serving their clients' interests and the interests of a just adjudication of this matter:

   a. The parties will exchange revised or restated initial expert disclosures on or before June 23, 2017.

   b. The parties will exchange any supplement expert disclosures on or before July 14, 2017.

   c. Any expert depositions must be noticed and completed by or before August 31, 2017.

   d. The parties agree to serve expert reports and expert documents on each other 7 days prior to the expert's deposition.

3. The parties do not make this Stipulated request for purposes of delay or out of a lack of diligence, but rather, make it in the interests of an economic and just litigation of this matter for all parties. The schedule contemplated herein is not intended to, nor should or shall it, interfere with any of the Court's other trial or

pretrial due dates, nor with counsel's obligations or ability to comply with that trial/pretrial schedule.

**IT IS SO STIPULATED:**

Dated: June 15, 2017                                      WOLFLICK & SIMPSON

                                                          By: /s/ David B. Simpson
                                                          DAVID B. SIMPSON
                                                          Attorneys for Defendant
                                                          YP ADVERTISING & PUBLISHING
                                                          LLC, sued and formerly known as YP
                                                          WESTERN DIRECTORY LLC

Dated: June 15, 2017                                      PAIRAVI LAW, P.C.

                                                          By: /s/ Edwin Pairavi
                                                          EDWIN PAIRAVI
                                                          Attorneys for Plaintiffs
                                                          June Riddick, Patricia Hardy, Natalie
                                                          Maderos, and Valerie Lynn

# ORDER

IT IS HEREBY ORDERED

Pursuant to the stipulation between the Plaintiffs JUNE RIDDICK, PATRICIA HARDY, NATALIE MADEROS and VALARIE LYNN ("Plaintiffs"), and Defendant YP WESTERN DIRECTORY LLC:

1. The parties will exchange revised or restated initial expert disclosures on or before June 23, 2017.

2. The parties will exchange any supplement expert disclosures on or before July 14, 2017.

3. Any expert depositions must be noticed and completed by or before August 31, 2017.

4. The parties agree to serve expert reports and expert documents on each other 7 days prior to the expert's deposition.

**IT IS SO ORDERED.**

DATED: June 28, 2017.

_____
UNITED STATES DISTRICT JUDGE