1  DAVID B. SIMPSON (STATE BAR NO. 106326)
   dave@wolfsim.com
2  ADAM N. BOUAYAD (STATE BAR NO. 248087)
   adam@wolfsim.com
3  WOLFLICK AND SIMPSON
   130 North Brand Boulevard, Suite 410
4  Glendale, California 91203
   Telephone: 818-243-8300
5  Facsimile: 818-243-0122

6  Attorneys for Defendant
   YP ADVERTISING & PUBLISHING LLC, sued
7  and formerly known as YP WESTERN
   DIRECTORY LLC

8

9  EDWIN PAIRAVI (STATE BAR NO. 257290)
   edwin@pairavilaw.com
10 PAIRAVI LAW, P.C.
   1875 Century Park East, Suite 1025
11 Los Angeles, California 90067
   Telephone: 310-789-2063
12 Facsimile: 310-789-2064

13 Attorneys for Plaintiffs
   June Riddick, Patricia Hardy,
14 Natalie Maderos, and Valerie Lynn

15              UNITED STATES DISTRICT COURT

16              EASTERN DISTRICT OF CALIFORNIA

17 | JUNE RIDDICK; PATRICIA HARDY; | Case No. 2:12-CV-02033-KJM-AC
   | NATALIE MADEROS; VALERIE     |
18 | LYNN; and LISA VALES,        | **STIPULATION AND ORDER RE PLAINTIFFS' MIL #4;**
   |                              | **PROPOSED ORDER THEREON**
19 |        Plaintiffs,           |

20 |   v.                         |

21 | AT&T; YP WESTERN DIRECTORY   |
   | LLC,                         |
22 |                              |
   |        Defendant.            |
23

24

25     Plaintiffs June Riddick, Patricia Hardy, Natalie Maderos and Valerie Lynn

26 ("Plaintiffs"), and Defendant YP Western Directory LLC ("YP") (collectively

27 referred to as the "Parties"), by and through their undersigned counsel of record,

28

here by stipulate, and by this Stipulation request the Court's approval, to the following:

1. The Parties having further met and conferred in connection with Plaintiffs' Motion In Limine #4 for an order excluding "evidence, reference or innuendo regarding any collateral source payments of unemployment and disability benefits" agree as follows:

    a. YP agrees not to offer any evidence at trial regarding the amount of dollars Plaintiffs received in connection with any application for unemployment and/or disability benefits.

    b. The jury will be instructed that Plaintiff Natalie Maderos is not eligible to recover any backpay for the year period, from July 1, 2014 to June 1, 2015, because that represents time when she was disabled from working anywhere.[1]

    c. The Parties agree that if any of the other Plaintiffs were unable to work due to disability, the jury will be instructed that such Plaintiffs are not eligible to recover backpay for the period of that disability.

2. The Parties make this stipulated request for the purposes of expediency and judicial economy.

**IT IS SO STIPULATED:**

---

[1] "[T]he 'general rule' is that 'an employer is not liable for backpay during the periods that an improperly employee is unavailable for work due to disability." (Blackburn v. Sturgeon Services International, Inc., et al., 2014 WL 1275919 (E.D. Ca. 2014), (Citing EEOC v. Timeless Invs., Inc., 734 F.Supp.2d 1035, 1059 (E.D. Ca. 2010) and Canova v. NLRB, 708 F.2s 1498, 1505 (9th Cir. 1983).)

| | | |
|---|---|---|
| Dated: | November 13, 2017 | WOLFLICK & SIMPSON |

By:   /s/  David B. Simpson
DAVID B. SIMPSON
Attorneys for Defendant
YP ADVERTISING & PUBLISHING
LLC, sued and formerly known as YP
WESTERN DIRECTORY LLC

| | | |
|---|---|---|
| Dated: | November 13, 2017 | PAIRAVI LAW, P.C. |

By:  /s/  Edwin Pairavi
EDWIN PAIRAVI
Attorneys for Plaintiffs
June Riddick, Patricia Hardy, Natalie
Maderos, and Valerie Lynn

**ORDER**

IT IS HEREBY ORDERED

Pursuant to the stipulation between the Plaintiffs JUNE RIDDICK, PATRICIA HARDY, NATALIE MADEROS and VALARIE LYNN ("Plaintiffs"), and Defendant YP WESTERN DIRECTORY LLC:

1. YP will not offer any evidence at trial regarding the amount of dollars Plaintiffs received in connection with any application for unemployment and/or disability benefits.

2. The jury will be instructed that Plaintiff Natalie Maderos is not eligible to recover any backpay for the year period, from July 1, 2014 to June 1, 2015, because that represents time when she was disabled from working anywhere.

3. If any of the other Plaintiffs were unable to work due to disability, the jury will be instructed that such Plaintiffs are not eligible to recover backpay for the period of that disability.

**IT IS SO ORDERED.**

DATED: November 22, 2017.

_____
UNITED STATES DISTRICT JUDGE